UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>SHAHAB MOUSAVI, et al.,<br><br>　　　　　　Defendants. | No. 2:14-cv-1125 JAM CKD<br><br><br>ORDER |

Presently calendared for hearing on July 29, 2015 is plaintiff's motion to compel responses to interrogatories and production of documents. Defendants have failed to serve any responses to the discovery and have not filed opposition to the pending motion.

Good cause appearing, IT IS HEREBY ORDERED that:

1. The hearing date of July 29, 2015 is vacated.

2. Plaintiff's motion to compel (ECF No. 17) is granted. Defendants shall respond to the interrogatories and produce responsive documents no later than August 6, 2015. Defendants are cautioned that failure to comply with this order may result in striking of their answer and entry of default.

/////

/////

/////

1

3.  Reasonable expenses in the amount of $500 are awarded to plaintiff against defendants.

Dated:  July 24, 2015

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

4 johnson1125.mtc