UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>          Plaintiff,<br><br>v.<br><br>SHAHABMOUSAVI;<br>VIDA SHARSHARAFI;<br>THU THI XUAN HUYNH; and<br>Does 1-10,<br><br>          Defendants. | Case: 2:14-CV-01125-JAM-CKD<br><br>**ORDER** |

## **ORDER**

Pursuant to the parties stipulation, this action is hereby ordered dismissed with prejudice, each party to bear their own attorneys' fees and costs.

Dated: 8/6/2015          /s/ John A. Mendez_____
                         HONORABLE JOHN A. MENDEZ
                         UNITED STATES DISTRICT COURT JUDGE